LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
TELETHA ZUPAN, ESQ.
Nevada State Bar No. 012660
office@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

IN THE UNITED STATE DISTRICT

COURT OF NEVADA

STEVE COBURN,                                    Case No.: 2:23-cv-00162-GMN-BNW

       Plaintiff,

v.

COUNTY OF CLARK,

       Defendants.
_____/

**STIPULATION AND ORDER TO EXTEND THE SCHEDULING ORDER DEADLINES**
**(First Request)**

COMES NOW the parties, by and through their respective counsel, and hereby stipulate to extend the Scheduling Order deadlines in this case, which follow for a period of one hundred twenty (120) days:

| **Deadline** | **Current** | **Proposed Extension** |
|---|---|---|
| Initial Expert Disclosure Deadline: | June 22, 2023 | October 20, 2023 |
| Rebuttal Expert Disclosure Deadline: | July 24, 2023 | November 21, 2023 |
| Discovery Deadline: | August 21, 2023 | December 19, 2023 |
| Dispositive Motion Deadline: | September 20, 2023 | January 18, 2024 |
| Joint Pretrial Order: | October 20, 2023 | February 20, 2024 |

This is the first request for an extension of the Scheduling Order deadlines. The parties provide the following information to this Court regarding the proposed extension of the Scheduling Order deadlines.

/ / / /

/ / / /

*Discovery Completed to Date*

The parties have served their initial disclosures.

*Remaining Discovery to be Completed*

Counsel have discussed additional discovery that needs to occur. The parties need to serve and respond to formal discovery requests. At least four (4) witnesses will need to be deposed. A couple of witnesses no longer reside in the State of Nevada. The parties will need to coordinate and cooperation to depose these witnesses. Experts will need to be retained and deposed. The parties and/or persons most knowledgeable will need to be deposed. Additional formal follow up discovery may be necessary.

*Reasons Discovery Could Not be Completed Within the Existing Deadlines*

The 26(f) Conference was held on March 15, 2023. The parties produced their initial disclosures by April 14, 2023. The parties prepared for the Early Neutral Evaluation that was held on May 4, 2023. The parties were not able to resolve this matter. There is not sufficient time to complete the remaining discovery.

*Proposed Schedule for Completion of All Remaining Discovery*

The parties believe they will be able to designate initial expert witnesses and reports by the proposed deadline of October 20, 2023. The parties believe they will be able to designate rebuttal expert witnesses and reports by the proposed deadline of November 21, 2023. The parties believe they will be able to complete discovery by the proposed deadline of December 19, 2023.

RESPECTFULLY SUBMITTED.

DATED this 2nd day of June, 2023.

LAW OFFICE OF DANIEL MARKS

/s/ Daniel Marks
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
TELETHA ZUPAN, ESQ.
Nevada State Bar No. 012660
tzupan@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 2nd day of June, 2023.

DISTRICT ATTORNEY, CIVIL DIVISION

/s/ Stephanie Mazzei
STEPHANIE MAZZEI, ESQ.,
Nevada State Bar No. 0 11648
Stephanie.Mazzei@ClarkCountyDA.com
SCOTT DAVIS, ESQ.
Nevada State Bar No. 010019
Scott.Davis@ClarkCountyDA.com
500 South Grand Central Pkwy., Ste. 5075
Las Vegas, Nevada, 89155
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES JUDGE

DATED this 5th day of June, 2023.