LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
TELETHA ZUPAN, ESQ.
Nevada State Bar No. 012660
office@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

```
                    FILED        RECEIVED
         ✓          ENTERED      SERVED ON
                    COUNSEL/PARTIES OF RECORD

                       NOV 26 2025

                    CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
         BY:                              DEP
```

IN THE UNITED STATES DISTRICT

COURT OF NEVADA

STEVE COBURN,

    Plaintiff,

v.

COUNTY OF CLARK, a Political Subdivision of the State of Nevada

    Defendants.
_____/

Case No.: 2:23-cv-00162-GMN-BNW

### ORDER EXTENDING TIME TO FILE OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT

    COMES NOW the Plaintiff, Steve Coburn, by and through his undersigned counsel, Daniel Marks, Esq., and Teletha Zupan, Esq., of the Law Office of Daniel Marks, and submits his Stipulation and Order to Extend Scheduled Deadlines Pursuant to Local Rule 26-3 of the Local Rules of Civil Practice for the United States District Court (hereafter "LR") and Rule 15 of the Federal Rules of Civil Procedure (hereafter "FRCP"). This stipulation is based on good cause as follows:

////
////
////
////
////
////
////

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. PERTINENT PROCEDURAL FACTS

Plaintiff, Steve Coburn (hereafter "Steve") requests an extension of the current scheduled deadline for the Opposition to Motion for Summary Judgment due to the Thanksgiving holiday and Attorney Zupan's last day at the firm.

The current deadlines and proposed extensions are as follows:

| **Deadline** | **Current** | **Proposed Extension** |
|---|---|---|
| Opposition Deadline: | December 1, 2025 | December 22, 2025 |
| Reply to Opposition Deadline: | | January 5, 2026 |

Counsel respectfully requests to Extend the deadlines.

RESPECTFULLY SUBMITTED.

DATED this 25th day of November, 2025.
LAW OFFICE OF DANIEL MARKS

/s/ Teletha Zupan
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
TELETHA ZUPAN, ESQ.
Nevada State Bar No. 012660
tzupan@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 25th day of November, 2025.
DISTRICT ATTORNEY, CIVIL DIVISION

/s/ Stephanie Mazzei
STEPHANIE MAZZEI, ESQ.,
Nevada State Bar No. 011648
Stephanie.Mazzei@ClarkCountyDA.com
SCOTT DAVIS, ESQ.
Nevada State Bar No. 010019
Scott.Davis@ClarkCountyDA.com
500 South Grand Central Pkwy., Ste. 5075
Las Vegas, Nevada, 89155
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED this 1 day of December, 2025

_____
Gloria M. Navarro, District Judge
United States District Court

2

**From:** Stephanie Mazzei
**To:** Office
**Cc:** Teletha Zupan
**Subject:** RE: Coburn, Extension for opposition
**Date:** Tuesday, November 25, 2025 11:34:27 AM
**Attachments:** image001.png
image002.png
image004.png
image006.png

You don't need a Certificate of Service on a SAO. Once that is removed, you may affix my e-signature.

> Regards,
> **Stephanie A. Mazzei**
> Deputy District Attorney
> Clark County District Attorney's Office | Civil Division
> T: 702-455-4761 | F: 702-382-5178
> Office Hours: Mon-Thu 7:00 a.m. to 5:30 p.m.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is protected by the attorney client privilege, confidential, and exempt from disclosure under applicable law. Any dissemination, distribution, or copying of this communication is strictly prohibited without my prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify me immediately by return e-mail and delete the original message and any copies of it from your computer. Thank you.

**From:** Office <Office@danielmarks.net>
**Sent:** Tuesday, November 25, 2025 11:09 AM
**To:** Stephanie Mazzei <Stephanie.Mazzei@clarkcountydanv.gov>
**Cc:** Teletha Zupan <TZupan@danielmarks.net>
**Subject:** RE: Coburn, Extension for opposition

**CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your DA account credentials.**

Good morning,

See the revised SAO for your review.

Thank You,

Kathryne Land, Office Assistant
**Law Office of Daniel Marks**
610 South Ninth Street
Las Vegas, Nevada 89101
O: (702) 386-0536; F: (702) 386-6812