|   |   |
|---|---|
| LAW OFFICE OF DANIEL MARKS<br>DANIEL MARKS, ESQ.<br>Nevada State Bar No. 002003<br>TELETHA ZUPAN, ESQ.<br>Nevada State Bar No. 012660<br>office@danielmarks.net<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>(702) 386-0536: FAX (702) 386-6812<br>*Attorneys for Plaintiff* | FILED / ENTERED<br>NOV 25 2025<br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: Ammi DEPUTY |

IN THE UNITED STATES DISTRICT

COURT OF NEVADA

STEVE COBURN,

    Plaintiff,

v.

COUNTY OF CLARK, a Political Subdivision of the State of Nevada

    Defendants.

Case No.: 2:23-cv-00162-GMN-BNW

### STIPULATION AND ORDER TO CONTINUE THE SETTLEMENT CONFERENCE
### (First Request)

COMES NOW the parties, by and through their respective counsel, and hereby stipulate to continue the Settlement Conference in this case for March 6, 2026 or March 13, 2026. Plaintiff's Counsel will be out of the country on February 13, 2026.

| **Deadline** | **Current** | **Proposed Extension** |
|---|---|---|
| Settlement Conference | February 13, 2026 | March 6, 2026 or March 13, 2026 |

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

1  Counsel respectfully requests the Settlement Conference currently scheduled for February 13,
2  2026 to be continued to __March 6__, 2026 at _10_ a.m./p.m.
3  RESPECTFULLY SUBMITTED.
   DATED this 20th day of November, 2025.                    DATED this 20th day of November, 2025.
4  LAW OFFICE OF DANIEL MARKS                                DISTRICT ATTORNEY, CIVIL DIVISION

5  /s/ Daniel Marks                                          /s/ Stephanie Mazzei
   DANIEL MARKS, ESQ.                                        STEPHANIE MAZZEI, ESQ.,
6  Nevada State Bar No. 002003                               Nevada State Bar No. 0 11648
   office@danielmarks.net                                    Stephanie.Mazzei@ClarkCountyDA.com
7  TELETHA ZUPAN, ESQ.                                       SCOTT DAVIS, ESQ.
   Nevada State Bar No. 012660                               Nevada State Bar No. 010019
8  tzupan@danielmarks.net                                    Scott.Davis@ClarkCountyDA.com
   610 South Ninth Street                                    500 South Grand Central Pkwy., Ste. 5075
9  Las Vegas, Nevada 89101                                   Las Vegas, Nevada, 89155
   *Attorneys for Plaintiff*                                 *Attorneys for Defendant*
10

11 Confidential settlement briefs will be due by February 27, 2026, at 4:00 P.M. Please refer to ECF No. 63 for instructions. IT IS SO ORDERED.

                                                          _____
                                                          UNITED STATES JUDGE

                                                          DATED this _2nd_ day of December, 2025

2

## Office

| | |
|---|---|
| **From:** | Stephanie Mazzei <Stephanie.Mazzei@clarkcountydanv.gov> |
| **Sent:** | Thursday, November 20, 2025 4:05 PM |
| **To:** | Office |
| **Cc:** | Pamela Sutton |
| **Subject:** | RE: Coburn v. Clark County; 2:23-cv-00162-GMN-BNW |

You may affix my e-signature to the revised SAO. Thank you.



Regards,
*Stephanie A. Mazzei*
Deputy District Attorney
Clark County District Attorney's Office | Civil Division
T: 702-455-4761 | F: 702-382-5178
Office Hours: Mon-Thu 7:00 a.m. to 5:30 p.m.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is protected by the attorney client privilege, confidential, and exempt from disclosure under applicable law. Any dissemination, distribution, or copying of this communication is strictly prohibited without my prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify me immediately by return e-mail and delete the original message and any copies of it from your computer. Thank you.

**From:** Office <Office@danielmarks.net>
**Sent:** Thursday, November 20, 2025 3:55 PM
**To:** Stephanie Mazzei <Stephanie.Mazzei@clarkcountydanv.gov>
**Cc:** Pamela Sutton <Pamela.Sutton@clarkcountydanv.gov>
**Subject:** RE: Coburn v. Clark County; 2:23-cv-00162-GMN-BNW

**CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your DA account credentials.**

Good afternoon,

Attached is the revised SAO for your review. Please advise if we may use your e-signature.

*Thank You,*

Kathryne Land, Office Assistant
**Law Office of Daniel Marks**
610 South Ninth Street
Las Vegas, Nevada 89101
O: (702) 386-0536; F: (702) 386-6812

The information contained in this email is intended only for the use of the individual or entity to which it is addressed. If you have received this email in error, please notify the sender immediately and delete it.

1